## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case Nos. 1:19-cr-160 and 1:25-cr-252 |
| Monte Craig Packineau, | ) | |
| | ) | |
| Defendant. | ) | |

On December 2, 2025, the court issued orders temporarily releasing Defendant from the Burleigh Morton Detention Center to Good Road Recovery Center staff at 12:30 PM on December 4, 2025, for transport to chemical dependency evaluation at the Good Road Recovery Center. The order directed that, upon completing the evaluation, Defendant was immediately return to the Burleigh Morton Detention Center and the custody of the United States Marshal.

On December 4, 2025, the court was informed that Defendant taken the emergency room following his evaluation to address a serious medical issue that was detected during his evaluation. Given that Defendant has been taken to the emergency room, the court shall extend Defendant's temporary release. Accordingly, the court modifies its December 2, 2025, order as follows. Upon his release from the emergency room, or his discharge from the hospital in the event he is admitted, Defendant shall return to the Burleigh Morton Detention Center and the custody of the United States Marshal. If admitted to the hospital, Defendant shall keep the Marshals Service apprised of his anticipated discharge time/date and the hospital should also inform the United States Marshal when Defendant is to be discharged.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2025.

/s/ Clare R. Hochhhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court